MICHAEL GRUCCI, Appellant, v CHRISTINE GRUCCI, Respondent.

Submitted October 17, 2011; decided November 15, 2011

Motion to vacate this Court's September 21, 2011 dismissal order granted [*see* 17 NY3d 856 (2011)].

In the Matter of NORTH SYRACUSE CENTRAL SCHOOL DISTRICT, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Respondent.

Submitted October 31, 2011; decided November 15, 2011

Motion by Advocates for Children of New York, Inc., et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LATISHA BOWDEN, Appellant.

Submitted October 24, 2011; decided November 15, 2011

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS DUART, Appellant.

Submitted August 29, 2011; decided November 15, 2011

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).